ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -                                    )
                                               )
Constellation NewEnergy, Inc.                  )    ASBCA Nos. 63773-ADR, 63831-ADR
                                               )                63853-ADR, 63854-ADR
                                               )                63855-ADR, 63856-ADR
                                               )                63857-ADR
                                               )
Under Contract No. DE-AM36-09GO29033           )
          D.O. No. N39430-16-F-1838            )

APPEARANCES FOR THE APPELLANT:         Joseph T. Imperiale, Esq.
                                       Jamey B. Collidge, Esq.
                                       Faith M. Simms, Esq.
                                         Troutman Pepper Locke LLP
                                         Philadelphia, PA

APPEARANCES FOR THE GOVERNMENT:        Tracey R. Rockenbach, Esq.
                                         Navy Chief Trial Attorney
                                       Joshua S. Kauke, Esq.
                                       David M. Ruddy, Esq.
                                       Miles Jarrad Wright, Esq.
                                         Trial Attorneys

OPINION BY ADMINISTRATIVE JUDGE ARNETT

The parties have resolved their dispute and request that the Board enter judgment in favor of appellant.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeals are sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $12,000,000. This amount is inclusive of Contract Disputes Act interest. No further interest shall be paid.

Dated: June 22, 2026

_____
LAURA J. ARNETT
Administrative Judge
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur                                              I concur

J. REID PROUTY                                  DAVID D'ALESSANDRIS
Administrative Judge                           Administrative Judge
Acting Chairman                                  Acting Vice Chairman
Armed Services Board                         Armed Services Board
of Contract Appeals                             of Contract Appeals


I certify that the foregoing is a true copy of the Opinion and Decision of the
Armed Services Board of Contract Appeals in ASBCA Nos. 63773-ADR, 63831-ADR,
63853-ADR, 63854-ADR, 63855-ADR, 63856-ADR, 63857-ADR, Appeals of
Constellation NewEnergy, Inc., rendered in conformance with the Board's Charter.

Dated: June 22, 2026

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals

2